IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD LEDER, ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 06-1805 |
| JEROME SHINFELD and | : | |
| SAMUEL DEANGELIS | : | |

## ORDER

AND NOW, this __14th__ day of April, 2009, upon consideration of Defendant Samuel

DeAngelis's Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rules of Civil

Procedure 12(b)(1) and (6) (Doc. No. 17), and Defendant Jerome Shinfeld, CPA's Rule 12(b)(6)

Motion to Dismiss All Claims (Doc. No. 14), and all papers submitted in support thereof and in

opposition thereto, it is ORDERED that Defendants' Motions are GRANTED in part and

DENIED in part as follows:

1.  GRANTED as to Count Two;

2.  GRANTED as to Count Three;

3.  GRANTED as to Count Four;

4.  DENIED as to Count Five;

5.  GRANTED as to Count Six;

6.  GRANTED as to Count Seven;

7.  GRANTED as to Count Eight;

8.  DENIED as to Count Nine;

9.  DENIED as to Plaintiffs Leder and Boyle as to Count Ten;

10.     GRANTED as to Plaintiff Boyleder as to Count Ten; and

11.     GRANTED as to Count Eleven.

IT IS SO ORDERED.


                                        BY THE COURT:


                                        _____
                                        R. Barclay Surrick, Judge